IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BRINDLE, REBECCA GREGG, and DIANA GUTHRIE,

    Plaintiffs,

  v.

MCKESSON CORPORATION,

    Defendant.

No. C 12-05970 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to the stipulation filed by the parties, the Court **CONTINUES** the case management conference to March 28, 2013, at 8:00 a.m. Please file a joint case management statement at least seven days prior.

There will be no further continuances.

**IT IS SO ORDERED.**

Dated: February 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE