Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRANDLE, ET AL.<br><br>Plaintiff(s),<br><br>v.<br><br>MCKESSON CORP., ET AL.<br><br>Defendant(s). | Case No: 3:12-cv-05970-<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Bryan T. Pratt**, an active member in good standing of the bar of **Supreme Court of Missouri**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Defendant Covidien, Inc.** in the above-entitled action. My local co-counsel in this case is **Tony M. Diab (SBN: 277343)**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd. Kansas City, MO 64108 | Shook, Hardy & Bacon, LLP<br>5 Park Plaza, Suite 1600, Irvine CA 92614 |
| MY TELEPHONE # OF RECORD:<br>(816) 474-6550 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 475-1500 |
| MY EMAIL ADDRESS OF RECORD:<br>bpratt@shb.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tdiab@shb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **48798**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/16/15

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Bryan T. Pratt** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 17, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                              *October 2012*