IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BRANDLE, REBECCA GREGG, and
DIANA GUTHRIE

      Plaintiffs,

 v.

MCKESSON CORPORATION, et al.,

      Defendants.

No. C 12-05970 WHA

**ORDER DENYING MOTION
FOR ADMINISTRATIVE RELIEF**

Defendant Covidien Inc. has filed an administrative motion seeking to purge the record of the denial of Attorney Bryan Pratt's first motion for *pro hac vice* (Dkt. No. 47). That order denied Attorney Pratt's original *pro hac vice* application because he failed to specify the bar to which he was a member in good standing — he only identified "Missouri" — in violation of Local Rule 11-3. Attorney Pratt's subsequent and correctly filed *pro hac vice* application was granted. Now, Attorney Pratt seeks to excise the order denying his original application from the record because he will have to identify any *pro hac vice* applications that have been denied on future applications. Attorney Pratt should have followed the rules the first time around. Motion **DENIED**.

    **IT IS SO ORDERED.**

Dated: July 17, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE